# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

---

Terry Pressley,

              Plaintiff,

vs.

Al Cannon, Sheriff; Mitch Lucas;
Sergeant Wright; Officer Phillips;
and Corporal Goodyear,

              Defendants.

**SUMMARY JUDGMENT IN A CIVIL CASE**

Civil Action No. 6:06-cv-2820-GRA

**Decision by the Court.**  The court having adopted the report and recommendation of the magistrate judge granting the defendants' motion for summary judgment,

IT IS ORDERED AND ADJUDGED that summary judgment is hereby entered as to the defendants Al Cannon, sheriff; Mitch Lucas; Sergeant Wright; Officer Phillips; and Corporal Goodyear.

October 10, 2007

LARRY W. PROPES, CLERK
UNITED STATES DISTRICT COURT

BY: *Dianne Napier*
Deputy Clerk